JOSEPHINE K. LESTER, Respondent, *v.* GEORGE B. LESTER, Appellant.

*Lester* v. *Lester*, 178 App. Div. 205, affirmed.

(Argued November 16, 1917; decided December 4, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 11, 1917, which modified an order of Special Term modifying a decree of divorce. The question at issue was as to the custody of a child.

*Gustav Lange, Jr.*, for appellant.

*Arthur E. Sutherland* and *Frank S. Coburn* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.